Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:12-000169 |
| | ) | Judge Trauger |
| BEATRIX BOKA | ) | |

## MOTION TO CONTINUE TRIAL

The Defendant, Beatrix Boka, by and through counsel, moves this Honorable Court to continue the trial set for October 23, 2012. In support of this motion, the Defendant would state as follows:

1. The undersigned was appointed to represent Beatrix Boka.

2. The undersigned attorney needs additional time to continue plea negotiations with the government.

3. The undersigned attorney has advised Ms. Boka of her rights under the Speedy Trial Act and she desires a continuance of the trial in order to conduct plea negotiations. Ms. Boka has executed a waiver of her rights under the Speedy Trial Act which has been filed contemporaneously with this Motion.

4. The undersigned attorney has spoken with Assistant United States Attorney, Byron M. Jones and the government has no objection to the continuance requested in this Motion.

5. This Motion is filed and good faith and not for purposes of unnecessary delay.

WHEREFORE PREMISES CONSIDERED, the Defendant moves this Court for a thirty (30) day continuance of the trial.

Respectfully submitted this 18th day of October, 2012.