UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Plea hearing set for 11/21/12 at 10:30 a.m.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:12-000169 |
| ) | Judge Trauger |
| BEATRIX BOKA ) | |

## MOTION TO SET CHANGE OF PLEA HEARING

The Defendant, by and through counsel, hereby requests that the Court set a change of plea hearing for the Defendant. The undersigned counsel has corresponded with Byron Jones, Assistant United States Attorney regarding some potential mutually available dates and they are as follows:

Tuesday, November 20, 2012;

Wednesday, November 21, 2012; and

Wednesday November 28, 2012.

The undersigned counsel will be out of town from November 15-19, but also has many dates available in December.

Respectfully submitted this 13th day of November, 2012.

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
chuck@buckholtslaw.com