# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:12-000169 |
| | ) | Judge Trauger |
| BEATRIX BOKA | ) | |

## MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL

Charles D. Buckholts, appointed counsel for Defendant Beatrix Boka, moves to withdraw as counsel and for appointment of a new attorney to represent Ms. Boka. In support of this Motion, the undersigned counsel would state as follows:

1. On July 30, 2012, the undersigned attorney was appointed to represent Ms. Boka in this case and the undersigned has represented Ms. Boka throughout the federal court proceedings.

2. Ms. Boka has a sentencing hearing scheduled on February 21, 2013 at 3:30 P.M.

3. The undersigned counsel met with Ms. Boka on January 14, 2013 where Mr. Boka expressed her dissatisfaction with the undersigned counsel's advice and advocacy in his case. Ms. Boka requests that the undersigned move to withdraw from her case so that she may be appointed another attorney. Ms. Boka wrote a letter to the Court filed on January 16, 2013 requested appointment of new counsel. (D.E. 44).

4. Local Rule 83.01(g) directs attorneys, when seeking to withdraw from a case, to provide notice to the defendant at least fourteen (14) days prior to filing a Motion to Withdraw, unless the Court directs otherwise. Due to the requests of the Defendant and the upcoming sentencing hearing, the undersigned files this Motion immediately.

5. It is imperative that Ms. Boka has a trusting relationship with her attorney so that counsel is able to communicate effectively with her at all stages in her case and in order to protect her Sixth