Motion GRANTED. Hearing RESET for 2/5/13 at 3:00 p.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:12-000169 |
| | ) | Judge Trauger |
| BEATRIX BOKA | ) | |

**MOTION TO CONTINUE HEARING**

The undersigned counsel, moves this Honorable Court to continue the hearing set for today January 29, 2013 at 2:00 P.M. on the Motion to Withdraw as Counsel  In support of this motion, the undersigned would state as follows:

Counsel is suffering severe illness, including extreme nausea, dehydration, fatigue and weakness, as well as other flu-like symptoms.  The undersigned had some symptoms of a minor cold over the weekend, but was feeling much better yesterday and thought he had fully recovered. When the undersigned woke up this morning, the illness had grown much worse.

For these reasons, the undersigned attorney requests a continuance of the Motion to Withdraw as Counsel set for this afternoon.

Respectfully submitted this 29th day of January, 2013.

                                                s/ Charles D. Buckholts
                                                Charles D. Buckholts, BPR #019318
                                                Attorney for Defendant
                                                2400 Crestmoor Rd.
                                                Nashville, TN 37215
                                                (615) 386-7118
                                                chuck@buckholtslaw.com